# United States District Court

──────────── DISTRICT OF ────────────

Staab
v.
Mayo Clinic

COURT EXHIBIT AND WITNESS LIST

CASE NUMBER: 02CJ 4340 (JNE/SRN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Erickson | Recher | Fraser |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3- | Weinbeck | Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 3-21-06 | 1 |  | Question from jury |
|  |  | 3-21-06 | 1a |  | Answer |

**SCANNED**

MAR 2 2 2006

U.S. DISTRICT COURT MPLS

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
JUDGE JOAN N. ERICKSEN
DISTRICT JUDGE
300 SOUTH FOURTH STREET
SUITE 12W
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5890

March 21, 2006

MEMBERS OF THE JURY:

    Thank you for your note. Your assumption is correct. You should answer Question No. 6 only if you answered "yes" to Question No. 3.

Joan N. Ericksen

Court exh. 1H
02cv4340 (JNE/SRN)

Dear Judge,

Things are good, we have a question.

Question #6 seems relate to #3
(we assume that we answer #6 only if we answer "Yes" to #3... Correct?

#3 Did Mayo Clinic fail to inform Staub about risks involved in hepatectomy surgery,
Yes ___  No ___

#6 Did Mayo Clinic use reasable care in deciding not to disclose the risks of hepatectomy surgery,
Yes ___  No ___

Thank You

Court Exh #1
02 CV 4340
JNE/SRN