UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald M. Staab and Rita Staab,

        Plaintiffs,

v.

Mayo Clinic Rochester,

        Defendant.

Civil No. 02-4340 (JNE/SRN)

**SPECIAL VERDICT FORM**

We, the jury in the above-entitled action, return the following answers to the questions of fact presented to us:

*Medical Negligence*

1. Was Mayo Clinic Rochester negligent in its care and treatment of Ronald Staab?

   Yes_____          No__X__

2. *If your answer to Question 1 was "Yes," then answer this question:* Was Mayo Clinic Rochester's negligence in that care and treatment a direct cause of harm or injury to Ronald Staab?

   Yes_____          No_____

*Informed Consent*

3. Did Mayo Clinic Rochester fail to inform Ronald Staab about the risks involved in the August 27, 1999 right hepatectomy surgery or about the alternatives to that surgery?

   Yes_____          No__X__

4. *If your answer to Question 3 was "Yes," then answer this question:* Would a reasonable person in Ronald Staab's position have refused to consent to the right hepatectomy surgery if those risks or those alternatives had been known?

   Yes_____          No_____

**SCANNED**

MAR 2 2 2006

U.S. DISTRICT COURT MPLS

1

5. *If your answer to Question 4 was "Yes," then answer this question*: Was Mayo Clinic Rochester's negligence in failing to inform Ronald Staab about those risks or those alternatives a direct cause of harm or injury to Ronald Staab?

   Yes_____    No_____

6. Did Mayo Clinic Rochester use reasonable care in deciding not to disclose the risks involved in the right hepatectomy surgery or about the alternatives to that surgery?

   Yes_____    No_____

**You should answer Questions 7-10 if:**
Your answers to Question 1 and 2 were "Yes"
   OR
Your answers to Questions 3-5 were "Yes," and your answer to Question 6 was "No."

*Otherwise, you are done with your deliberations and you should sign the verdict form.*

7. What sum of money will fairly and adequately compensate Ronald Staab for damages up to the date of the verdict for:

   (a) Medical expenses                         $_____
   (b) Pain and suffering                        $_____
   (c) Embarrassment and emotional distress      $_____
   (d) Disability                                $_____
   (e) Disfigurement                             $_____
   (f) Loss of enjoyment of life                 $_____

8. What amount of money will fairly and adequately compensate Ronald Staab for future damages reasonably certain to occur in the future for:

   (a) Medical expenses                         $_____
   (b) Loss of life expectancy                   $_____
   (c) Pain and suffering                        $_____
   (d) Embarrassment and emotional distress      $_____
   (e) Disability                                $_____
   (f) Disfigurement                             $_____
   (g) Loss of enjoyment of life                 $_____

9. Did plaintiff Rita Staab suffer damages for loss of services and companionship as a direct result of the injuries to Ronald Staab?

   Yes_____    No_____

10. What amount of money will fairly and adequately compensate Rita Staab

    a. For damages up to the date of the verdict for loss of the services and companionship of her husband Ronald Staab?  $_____

    b. For future damages for loss of the services and companionship of her husband Ronald Staab?  $_____

**Please have the foreperson sign the verdict form and notify the marshal that you have concluded your deliberations.**

Dated: __MARCH 21, 2006__        _____
                                                                     Foreperson